RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Anousone Savanh

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANOUSONE SAVANH,<br><br>Defendant. | 2:14-cr-290-KJD-PAL<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE (CR #7) TO PERMIT EXPANDED TRAVEL AND CONTACTS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for defendant ANOUSONE SAVANH that his conditions of Pretrial Release be modified to allow Mr. Savanh to travel and have family contacts.

This Stipulation is entered into for the following reasons:

1. On March 31, 2014, the Defendant, Anousone Savanh appeared before the Court, which set certain conditions of release. Those conditions were the subject of a hearing on November 18, 2015. Following that hearing, Mr. Savanh was continued on the same conditions.

/ / /

/ / /

2. The Parties have recently conferred regarding the amendment and modifications to the conditions of release. It is now mutually agreed to by the Parties that they request the Court relax, and amend, the pretrial release conditions now effect as follows:

A. That Mr. Anousone Savanh be permitted to travel from May 21- through May 25, 2015 to Southern California for the purposes of attending a family function.

B. That Mr. Savanh be permitted to host his sister and brother-in-law during their visit to Las Vegas, Nevada on June 11, 2015.

C. That Mr. Savanh and his family be permitted to host Mr. Savanh's niece and her children for the period of one week beginning on June 18, 2015.

3. The Parties are prepared to recommend these modifications to the Court's restrictions on Mr. Savanh, not only because of his substantial compliance with the currently imposed conditions, but also due to the fact that newly discovered evidence appears to substantially mitigate the extent of the conduct of which he is accused.

DATED this 18th day of May, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
| */s/ William Carrico*<br>By:_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Allison Herr*<br>By:_____<br>ALLISON HERR<br>Special Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANOUSONE SAVANH,<br><br><br>  Defendant. | 2:14-cr-290-KJD-PAL<br><br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On March 31, 2014, the Defendant, Anousone Savanh appeared before the Court, which set certain conditions of release. Those conditions were the subject of a hearing on November 18, 2015. Following that hearing, Mr. Savanh was continued on the same conditions.

2. The Parties have recently conferred regarding the amendment and modifications to the conditions of release. It is now mutually agreed to by the Parties that they request the Court relax, and amend, the pretrial release conditions now effect as follows:

   A. That Mr. Anousone Savanh be permitted to travel from May 21- through May 25, 2015 to Southern California for the purposes of attending a family function.

   B. That Mr. Savanh be permitted to host his sister and brother-in-law during their visit to Las Vegas, Nevada on June 11, 2015.

   C. That Mr. Savanh and his family be permitted to host Mr. Savanh's niece and her children for the period of one week beginning on June 18, 2015.

3. The Parties are prepared to recommend these modifications to the Court's restrictions on Mr. Savanh, not only because of his substantial compliance with the currently imposed

/ / /

conditions, but also due to the fact that newly discovered evidence appears to substantially mitigate the extent of the conduct of which he is accused.

### ORDER

IT IS FURTHER ORDERED that Mr. Savanh's conditions of Pretrial Release be modified to allow travel and family contact.

5/19/2015            _____
                     UNITED STATES MAGISTRATE JUDGE