RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Anousone Savanh

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-290-KJD-PAL |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | (Second Request) |
| ANOUSONE SAVANH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for defendant ANOUSONE SAVANH, that the conditions of pretrial release be modified. On March 21, 2014, this Court (Ferenbach, J.), ordered that Mr. Savanh be released on his personal recognizance, under the supervision of Pretrial Services, with certain special conditions. It is the Parties desire that the Court now modify those conditions to accommodate a slight change to Mr. Savanh's circumstances. The Parties agree that it is appropriate to modify the conditions in this way, so as to avoid an unnecessary hardship on innocent third parties, while still meeting the requirement that Mr. Savanh continue to be monitored.

///

///

Among the conditions of pretrial supervision that would be effected, are the following:

1. That the defendant be allowed to transport his children to school between the hours of 6:30 a.m. and 7:30 a.m. Additionally to pick the children from school between the hours of 1:00 p.m. and 3:00 p.m. The greater window of time is necessary in the afternoon, due to the fact that two different schools have different dismissal times.

2. Mr. Savanh has proved to be reliable on supervision, while there have been new case developments, which the Parties feel may alter the character of the litigation, but concerning which further technical examination is necessary, and that the unanticipated delay cause by these developments make it appropriate to alter some of the more onerous conditions effecting the defendant's daily life, as it can be done while still meeting the requirement that Mr. Savanh continue to be monitored.

3. The Parties have recently conferred regarding the modifications to the conditions of release. It is now mutually agreed to by the Parties that they request the Court relax, and amend, certain of the conditions of pretrial release conditions.

4. The Parties recommend these changes as appropriate in light of the circumstances, while maintaining the primary aim of supervision, which is to address the degree of risk by the least restrictive conditions necessary.

This is the second request to modify conditions filed herein.

DATED this 2nd day of September, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
| */s/ William Carrico*<br>By:_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Allison Herr*<br>By:_____<br>ALLISON HERR<br>Special Assistant United States Attorney<br>Counsel for the Plaintiff |

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-290-KJD-PAL |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| vs. |  |
| ANOUSONE SAVANH, |  |
| Defendant. |  |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That the defendant be allowed to transport his children to school between the hours of 6:30 a.m. and 7:30 a.m. Additionally to pick the children from school between the hours of 1:00 p.m. and 3:00 p.m. The greater window of time is necessary in the afternoon, due to the fact that two different schools have different dismissal times.

2. Mr. Savanh has proved to be reliable on supervision, while there have been new case developments, which the Parties feel may alter the character of the litigation, but concerning which further technical examination is necessary, and that the unanticipated delay cause by these developments make it appropriate to alter some of the more onerous conditions effecting the defendant's daily life, as it can be done while still meeting the requirement that Mr. Savanh continue to be monitored.

3. The Parties have recently conferred regarding the modifications to the conditions of release. It is now mutually agreed to by the Parties that they request the Court relax, and amend, certain of the conditions of pretrial release conditions.

4. The Parties recommend these changes as appropriate in light of the circumstances, while maintaining the primary aim of supervision, which is to address the degree of risk by the least restrictive conditions necessary.

**ORDER**

IT IS FURTHER ORDERED that the conditions of pretrial release be modified to save and accept for the location monitor.

DATED __2nd__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE