RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 3042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Anousone Savanh

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANOUSONE SAVANH,<br><br>　　　　　Defendant. | Case No. 2:14-CR-290-KJD-PAL<br><br>**NOTICE OF EXPERT TESTIMONY** |

This Notice is being filed timely.

Anousone Savanh, through his attorney, Assistant Federal Public Defender, William Carrico, gives notice of his intention to call Mr. Donald Cinco as an expert witness regarding computer forensic analysis, forensic examinations of digital devices, file deletion, forensic recovery techniques, and other computer related issues that are central to the case at bar.

**I.	SUMMARY OF OPINION**

In compliance with Rules 16 and 702 of the Federal Rules of Evidence, Mr. Donald Cinco will offer testimony concerning the presence of malware and its effect on the existence of child pornography linked to the defendant's personal computer. Mr. Cinco will testify concerning the results of forensic testing on the ICAC (Internet Crimes Against Children)

forensic "defense" computer, containing the evidence files, and put together by the government's law enforcement agency. Through this methodology, Mr. Cinco was able to view a virtual copy of the computer just as the Defendant and the government would have encountered it.

Mr. Cinco will testify that he utilized several analytical processes in an effort to determine if malware was present and what, if any relationship that may have had with the presence of child pornography on the system, and the difference between forensic recovery, and the data recovery that was implemented by the government's agents in this case. Mr. Cinco' report was provided to the government counsel sometime in May of 2015.

Most instructive to the jury, will by Mr. Cinco's testimony concerning his detection of malicious software on the Defendant' computer. He will explain how the malware on the Defendant's computer was programed to start as soon as the computer was booted, and how it remained hidden by default programs. Ultimately, according to Mr. Cinco's analysis, the malware utilized the Defendant's computer to execute a variety of commands just as an operator would who was physically seated at the computer.

## II.     QUALIFICATIONS

Mr. Cinco's "C.V." is attached hereto. He is a graduate of the College of Southern Nevada where he achieved honors for his course achievement two years running. He has completed the course on Computing and Information Technology- Electronic Crime Investigation from 2012 to 2014. He is skilled in Network security, vulnerability assessment, computer security, information security management, malware analysis, computer forensics, as well as other related tasks.

Mr. Cinco holds various certifications in the field of computer forensics, which include the following: (1) AccessData Mobile Forensic Examiner- May 2014; (2) Hacking Forensic Investigator- June 2011; and Ethical Hacker- November 2009, among others.

1       In reliance upon the foregoing, and in consideration of the ongoing discussions between the government and the defense on the subject of forensic evidence, the Defendant hereby formally reaffirms his intention to call Don Cinco as an expert witness in this case.

DATED this 28th day of October, 2015.

                                      RENE L. VALLADARES
                                    Federal Public Defender

                        By: */s/ William Carrico*
                                   WILLIAM CARRICO
                                   Assistant Federal Public Defender
                                   Attorney for Anousone Savanh

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 28, 2015, she served an electronic copy of the above and foregoing **NOTICE OF EXPERT TESTIMONY** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>ALLISON HERR
>Assistant United States Attorney
>333 Las Vegas Blvd. So. 5th Floor
>Las Vegas, NV 89101

*/s/ Karen Meyer*
Employee of the Federal Public Defender