# EXHIBIT A

# EXHIBIT A

# Donald Cinco

DONALDCIN5@GMAIL.COM
702-927-6614

Nevada Digital Forensics
6895 E. Lake Mead Blvd. Ste. A6-131
Las Vegas, Nevada 89156

http://www.NvDigitalForensics.com

A resourceful thinker who quickly analyzes situations and determines the best solution for all entities involved. Donald brings strong computer/network/mobile forensics, ethical hacking, security analyst skills and safety consciousness to the industry. Donald is committed and passionate about his work. Donald has 12 years hands-on experience in malware detection & analysis, website/network vulnerability assessment, exploit discoveries, computer repairs, network security and countermeasures.

**EXPERIENCE**

Using imaging software to create bit copies of the various types of digital media and analyze those copies with modern forensic software tools to recover important digital data or evidence including deleted data.

Determine how hackers or unauthorized personnel gained access to information or computer systems as well as where and how they navigated within the system, preserve it for later use as evidence, and analyze the data in light of the crime in question.

Maintain the chain of custody for evidence, writing reports and documenting procedures, transferring evidence into a format that can be used for legal purposes, such as criminal or civil trials and testimony.

**SKILLS:**

Network Security, Vulnerability Assessment, Computer Security, Information Security Virtualization, Information Security Management, VPN, Penetration Testing, TCP/IP, Windows Server, Linux, Networking, VMware, Active Directory, Disaster Recovery, Malware Analysis, Webmaster, Computer Forensics, Network Forensics, CMS, Microsoft Office, OpenVAS, Metasploit, Computer Repair, VirtualBox, SEO, HTML, JavaScript, PHP

**INTERESTS**

Malware Analysis, Computer, Network and Mobile Forensics, Intrusion Detection.

**EDUCATION**

College of Southern Nevada
Computing and Information Technology - Electronic Crime Investigation, 2012 - 2014
Grade: GPA - 3.2
EC-Council - 2009 – 2011

**HONORS**

**2013 Spring Semester Honors**
College of Southern Nevada
**2014 Spring Semester Honors**
College of Southern Nevada
**2014 Fall Semester Honors**
College of Southern Nevada

**COURSES**

- Microsoft Certified IT Professional Windows Server 2012
- Microsoft Certified Technology Specialist/Windows 7 & 8
- Introduction to Electronic Crime for Law Enforcement
- Digital Crime Investigation
- Investigating High-Tech Crime
- Internet Forensics
- Cisco CCNA
- Network Security Management
- Computer Forensics
- Advanced Computer Forensics
- Comptia A+ Hardware

2

- GPS and Mobile Forensics
- Linux +
- Network Intrusion Detection

## CERTIFICATIONS

**Certified Ethical Hacker** - November 2009

**Certified Security Analyst**   - May 2010

**License Penetration Tester** - June 2011

**Certified Hacking Forensic Investigator** - June 2011

**Certified AccessData Mobile Forensic Examiner** - May 2014


PUBLISHED ARTICLES AND PERSONAL DISCOVERIES
- **ANDROID PHONE:TABLET URL JAVASCRIPT VULNERABILITY**
- **SMART-PHONE-TABLET-BASIC-TEST**
- **SEARCH FOR ENCRYPTED VOLUME**
- **DEFEATING BROWSER RANSOM TROJAN**
- **HEARTBLEED BUG EXPLOIT**
- **UNDERSTANDING MALWARE**
- **CONVERT FORENSIC IMAGE TO VIRTUAL MACHINE**