# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br>ANOUSONE SAVANH,<br><br>　　　　　Defendant. | 2:14-cr-00290-KJD-PAL<br>**ORDER** |

　　　Before the court is Defendant Anousone Savanh's Emergency Motion for Temporary Modifications of Release Conditions Based Upon Religious Observance (#73).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that a hearing on Defendant Anousone Savanh's Emergency Motion for Temporary Modifications of Release Conditions Based Upon Religious Observance (#73) is scheduled for 11:00 a.m., November 17, 2015, in courtroom 3D.

　　　DATED this 16th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE