RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 3042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Anousone Savanh

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>ANOUSONE SAVANH,<br><br>         Defendant. | Case No. 2:14-CR-290-KJD-PAL<br><br>**EMERGENCY STIPULATION TO MODIFY  CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina Silva, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for ANOUSONE SAVANH, that the conditions of defendants pretrial release be modified.

The Parties agree and therefore stipulate to the following:

1.     The Parties agree to permit Mr. Savanh, to visit his mother each Friday afternoon following the end of the school day.

2. In addition, the Parties have agreed that the length of the visit may be expanded to accommodate birthday celebrations that may occur on Friday, April 29, 2016, Mrs. Savanh's birthday.

DATED this 29th of April, 2016.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ William Carrico*<br>By_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender | */s/ Cristina Silva*<br>By_____<br>CRISTINA SILVA<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANOUSONE SAVANH,<br><br>         Defendant. | Case No. 14-CR-290-KJD-PAL<br><br>ORDER |

## **ORDER**

IT IS FURTHER ORDERED that the conditions of Mr. Savanh's pretrial release be modified to allow visitation with his mother every Friday afternoon following the end of the school day.

_____
UNITED STATES MAGISTRASTE JUDGE
5/2/16