UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>VS.<br><br>ANOUSONE SAVANH<br><br>    Defendant, | 2:14-cr-00290-KJD-PAL<br><br>MINUTES OF THE COURT<br><br>Dated: May 23, 2016 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:			DENISE SAAVEDRA

COURT REPORTER:		HEATHER NEWMAN

PRESENT FOR PLAINTIFF:	CRISTINA SILVA AND ANDREW DUNCAN, AUSA

PRESENT FOR DEFENDANT:	WILLIAM CARRICO AND HEIDI OJEDA, AFPD

JURY TRIAL - DAY 1


    Proceedings begin at 9:07 a.m.   Defendant is present. Detective Nichols is present as case agent.

    The Court addresses Defendant's Motion in Limine (134), the Courts ruling is the Government will do it's best in the early stages of the proceeding to avoid referring to the statement as a confession. The Court Denies (136) Motion in Limine to Exclude Exhibits of Child Pornography, and Offer to Stipulate to Element of Offense.

    64 Proposed jurors enter the Courtroom at 9:30 a.m. and are sworn. Voir Dire begins.

    Proceedings recess from 10:35 a.m.-10:53 a.m.

    Counsel exercise peremptory challenges. 14 jurors are seated and sworn. The Court admonishes the jury.

USA vs. ANOUSONE SAVANH
2:14-CR-00290-KJD-PAL
May 23, 2016
Page two

---

Proceedings recess from 12:37 a.m. - 2:06 p.m.

Mr. Duncan presents the Government's opening statement.

Ms. Ojeda presents the Defendant's opening statement.

**Detective Nichols** is sworn to testify as a witness for the Government. Ms. Silva examines the witness. Government exhibits 1A, 1B, 1C, 1D, 2, 3A, 3B, 4, and 11 are marked and admitted.

Proceedings recess from 3:55 p.m. - 4:09 p.m.

**Detective Nichols** previously sworn to testify resumes the witness stand for the Government. Ms. Silva continues with direct examination.

Jurors are admonished.

Proceedings recess at 4:56 p.m.

**IT IS ORDERED that the jury trial is continued to Tuesday, May 24, 2016 at 9:30 A.M.**

 

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Denise Saavedra
DEPUTY CLERK

USA vs. ANOUSONE SAVANH
2:14-CR-00290-KJD-PAL
May 23, 2016
Page three

---

Jurors are admonished.

Proceedings recess at 4:27p.m.

**IT IS ORDERED that the jury trial is continued to Tuesday, May 24, 2016 at 9:30 AM.**

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Denise Saavedra
DEPUTY CLERK