UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>VS.<br><br>ANOUSONE SAVANH<br><br>　　Defendant, | 2:14-cr-00290-KJD-PAL<br><br>MINUTES OF THE COURT<br><br>Dated: May 25, 2016 |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

DEPUTY CLERK:				DENISE SAAVEDRA

COURT REPORTER:			HEATHER NEWMAN

PRESENT FOR PLAINTIFF:		CRISTINA SILVA AND ANDREW DUNCAN, AUSA

PRESENT FOR DEFENDANT:		WILLIAM CARRICO AND HEIDI OJEDA, AFPD

JURY TRIAL - DAY 3


　　　　Proceedings begin at 9:17 a.m.   Defendant is present. Detective Nichols is present as case agent.

　　Outside the presence of the jury, the Court has reviewed the Memorandum in Support of Defense Motion to call Troy Kelly filed by both parties (142) and (143). Accordingly, as stated on the record the Court will permit that subject to certain requirements.

　　Jurors are present at 9:28 a.m.

　　**Larry Smith** is sworn to testify as a witness for Defense. Mr. Carrico examines the witness. Mr. Carrico moves to qualify witness as an expert. Government voir dire examines the witness and objects to qualifying witness as an expert. The Court Orders that the witness is limited to his own examination of the computer at issue, particularly what he did or did not find in the way of pornography on the computer. Mr. Carrico direct examines the witness. Mr. Carrico passes the witness for cross examination. Ms. Silva cross examines the witness. After further examination by Mr. Carrico and Ms. Silva, the witness is excused.

USA vs. ANOUSONE SAVANH
2:14-CR-00290-KJD-PAL
May 25, 2016
Page two

---

Proceedings recess from 10:34 a.m. - 11:00 a.m.

**Donald Cinco** is sworn to testify as a witness for Defense. Mr. Carrico examines the witness. Mr. Carrico moves to qualify witness as an expert. Government voir dire examines the witness. Government exhibit 12 is marked and admitted. Government objects to qualifying witness as an expert. Sidebar held. The Court orders that Mr. Cinco will testify as a percipient or fact witness.

Proceedings recess from 11:38 a.m. - 1:04 p.m.

Outside the presence of the jury, matters are discussed. Jurors are present at 1:08 p.m.

**Donald Cinco** resumes the witness stand. Mr. Carrico examines the witness. Mr. Carrico passes the witness for cross examination. Mr. Duncan cross examines the witness, the witness is excused.

**Troy Kelly** is affirmed to testify as a witness for Defense. Mr. Carrico examines the witness. Defense exhibit 523 is marked and admitted. Mr. Duncan voir dire examines the witness. Testimony of Mr. Kelly will be received as expert witness. Mr. Carrico direct examines the witness.

Proceedings recess from 2:40 p.m. - 3:00 p.m.

**Troy Kelly** resumes the witness stand. Mr Carrico continues with direct examination. Mr. Carrico passes the witness for cross examination. Mr. Duncan cross examines the witness. After further examination by Mr. Carrico, the witness is excused.

**Benjamin Savanh** is sworn to testify as a witness for Defense. Government objects as exclusionary rule was invoked and witness has been in the courtroom during trial. The Court dismisses Benjamin Savanh from the witness stand.

Jurors are admonished and excused at 4:12 p.m.

USA vs. ANOUSONE SAVANH
2:14-CR-00290-KJD-PAL
May 25, 2016
Page three

---

    Outside the presence of the jury, the Court addresses Motion to Reconsider Precluding Tami Loehrs [144]. Government counsel makes representations. Accordingly, as said on the record the Court DENIES the renewed Motion [144] .

    Proceedings recess at 4:16 p.m.


    **IT IS ORDERED that the jury trial is continued to Thursday, May 26, 2016 at 9:00 A.M.**


    **LANCE S. WILSON, CLERK**
    **UNITED STATES DISTRICT COURT**


    /s/ Denise Saavedra
    DEPUTY CLERK