

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-290-KJD-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| ANOUSONE SAVANH, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the jury verdict finding defendant Anousone Savanh guilty of the criminal offenses, forfeiting specific property set forth in the Amended Bill of Particulars and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Anousone Savanh was found guilty. Criminal Indictment, ECF No. 17; Amended Bill of Particulars, ECF No. 44; Verdict Form, ECF No. 151; Minutes of Jury Trial, ECF No. 157; Preliminary Order of Forfeiture, ECF No. 174.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 19, 2016, through August 17, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 179.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and
2  the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the property named herein and
4  the time for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
6  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
7  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
8  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21,
9  United States Code, Section 853(n)(7) and shall be disposed of according to law:
10  HP PC tower (Serial #MXX731Q7CJ) (property).
11  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
12  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as
13  well as any income derived as a result of the United States of America's management of any
14  property forfeited herein, and the proceeds from the sale of any forfeited property shall be
15  disposed of according to law.
16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
17  copies of this Order to all counsel of record.
18  DATED this 6 day of September, 2016.

UNITED STATES DISTRICT JUDGE