# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00290-KJD-PAL |
| Plaintiff, | ORDER |
| vs. | |
| ANOUSONE SAVANH, | |
| Defendant. | |

The Government's Motion to Dismiss Count Two of the Indictment (Doc. #17) is hereby granted.

DATED  12th day of September, 2016.

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE