**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANOUSONE SAVANH,

    Defendant.

Case No. 2:14-CR-290-KJD-PAL

**ORDER REGARDING
ELECTRONIC EVIDENCE AND
TRIAL EXHIBITS**

Defendant Anousone Savanh filed a Motion to Preserve Electronic Evidence and Trial Exhibits. ECF No. 220. The Government does not oppose. ECF No. 221.

Accordingly, IT IS HEREBY ORDERED that the United States Attorney's Office, Federal Bureau of Investigation, and the Henderson Police Department, as well as their agents and assigns, preserve the electronic evidence in this case (including the HP PC tower computer, hard drive, and EnCase forensic image computer), the chain of custody information for the electronic evidence, and the exhibits admitted at trial, through the filing and resolution of Mr. Savanh's anticipated 28 U.S.C. § 2255 petition.

DATED this 13th day of April 2018.

The Honorable Kent J. Dawson
United States District Judge