IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>vs.<br><br>ANOUSONE SAVANH,<br><br>        Movant/Petitioner. | No. CV 19-01693-KDJ<br><br>D.C. No. CR 14-00290-KJD-PAL-1<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**REPLY DEADLINE**<br><br>(First Request) |

Based on the pending Stipulation to Continue Reply Deadline, and good cause appearing therefore, the Court hereby finds that:

    1.    The additional time requested is not sought for purposes of unjustified delay, but to allow counsel sufficient time to complete investigation and legal research of the issues raised in the Respondent's Response.

    2.    Counsel for Movant/Petitioner has conflicting matters scheduled in state court which have interfered with Counsel's ability to timely reply.

    3.    The parties do agree to the continuance.

    4.    The Movant/Petitioner does not object to a continuance.

    5.    This is the Movant/Petitioner's first request to continue the reply deadline.

THEREFORE, IT IS HEREBY ORDERED that the deadline for the Movant/Petitioner to file his response to the Government's Opposition to Request for Leave of Court to Conduct Discovery is continued to October 25, 2019.

ENTERED this 13th day of November, 2019.
(nunc pro tunc)

_____
UNITED STATES DISTRICT JUDGE