IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>vs.<br><br>ANOUSONE SAVANH,<br><br>　　　　　　Movant/Petitioner. | No. CR 14-00290-KJD<br>[CV 19-01693-KJD]<br><br>**ORDER** |

The Court, having received and reviewed the Motion to Withdraw Aaron J. Moskowitz and good cause appearing:

IT IS ORDERED withdrawing Aaron J. Moskowitz as attorney of record for Movant/Petitioner Anousone Savanh.

IT IS ORDERED:

_____
HONORABLE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DATE: 3/30/2023