# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

ANOUSONE SAVANH,

          Defendant.

JUDGMENT

Case Number: 2:14-cr-00290-KJD

(Related case: 2:19-cv-01693-KJD)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence by a person in federal custody is DENIED.

IT IS FURTHER ORDERED that Defendant is denied a certificate of appealability.

|  |  |
|---|---|
| 3/31/23 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ H. Magennis |
|  | Deputy Clerk |